**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAUL MARTINEZ, | ) | No. CV 04-9580-GW (CW) |
|       Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
|     v. | ) ) | MAGISTRATE JUDGE |
| ROSANNE CAMPBELL, Warden, | ) ) | |
|       Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The court accepts the findings and recommendation of the Magistrate Judge.

DATED: December 20, 2011

_____
GEORGE H. WU
United States District Judge