1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  RAUL MARTINEZ,                    )     No. CV 04-9580-GW (CW)
                                      )
13              Petitioner,           )     ORDER ACCEPTING REPORT AND
                                      )     RECOMMENDATION OF UNITED STATES
14         v.                         )     MAGISTRATE JUDGE
                                      )
15  ROSANNE CAMPBELL, Warden,         )
                                      )
16              Respondent.           )
   _____)

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  records on file, and the Report and Recommendation of the United

20  States Magistrate Judge.  Petitioner has not filed any written

21  Objections to the Report.  The court accepts the findings and

22  recommendation of the Magistrate Judge.

23

24  DATED:  December 20, 2011

25                                    _____
                                            GEORGE H. WU
26                                      United States District Judge

27

28