# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAUL MARTINEZ, | ) | No. CV 04-9580-GW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROSANNE CAMPBELL, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  December 20, 2011

_____
GEORGE H. WU
United States District Judge